UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
09-10352-JLT

UNITED STATES OF AMERICA

v.

FOSTER L. STARKS, JR.

### ORDER ON MOTION TO COMPEL DISCOVERY

April 14, 2010

DEIN, M.J.

This matter is before the court on the Defendant's Motion to Compel Discovery (Docket No. 23). Oral argument was heard on April 14, 2010 at which time the court ruled on the motion from the bench. This order memorializes the court's oral ruling.

For the reasons stated in open court, Defendant's Motion to Compel Discovery is ALLOWED IN PART and DENIED IN PART as follows:

| | |
|---|---|
| ¶¶ 1-7 | The government has agreed to produce the requested documents. |
| ¶ 8 | The government has agreed to produce the requested documents, except for the protocols. The government has agreed to ascertain whether such protocols exist and shall produce them if the investigating agency has no objection. Otherwise, the motion to compel the protocols is denied without prejudice. |
| ¶ 9 | The government shall produce its expert discovery 21 days before trial. The defendant shall produce his reciprocal discovery 7 days before trial. |
| ¶ 10 | The request for the early disclosure of Jencks material is denied as the defendant has not made any showing as to why a |

    schedule other than the one provided for by the Local Rules is appropriate in this case.

¶¶ 11-13 The government has agreed to produce the requested documents.

¶ 14 The government is obligated to produce exculpatory materials. At this point, the court finds no reason to further detail which materials are exculpatory: the decision as to what is to be produced is to be left to the government absent a showing that the government is not meeting its obligations.  To the extent that the items requested in ¶ 14 exceed the government's obligations under <u>Brady</u>, <u>Giglio</u> and the Local Rules, the motion to compel such documents is denied.

                  / s / Judith Gail Dein
                  JUDITH GAIL DEIN
                  United States Magistrate Judge