UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 09-10352-JLT |
| | * | |
| FOSTER L. STARKS, Jr., | * | |
| | * | |
| Defendant. | * | |

ORDER

October 6, 2011

TAURO, J.

After reviewing the Parties' submissions, this court hereby orders that:

1.  Whether or not Tanisha Rodriguez intends to invoke her 5th Amendment privileges will be determined at trial, in a voir dire outside the presence of the jury. Defendant's Amended Motion to Reconsider Defendant's Fourth Motion in Limine [#149] is DENIED.[1]

2.  The admissibility of Tanisha Rodriguez's statements to Defendant's investigator and all other issues related to statements previously made by Ms. Rodriguez will be determined once it is clear whether or not she will be available to testify at trial.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] Defendant originally raised several issues, including the admissibility of Ms. Rodriguez's medical records in his Fourth Motion in Limine [#141], which were not raised in the Amended Motion to Reconsider [#149]. The court is not ruling on any of these issues at this time.