UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 09-10352-LTS |
| ) | |
| FOSTER L. STARKS, JR. ) | |

ORDER

September 17, 2015

SOROKIN, J.

Per Judicial Conference policy, Probation does not update presentence reports ("PSRs") after the reversal of a conviction, unrelated to the PSR, by the Circuit. Probation has also reviewed the PSR in light of the Supreme Court's decision in United States v. Johnson, 135 S.Ct. 2551 (2015), and determined that the Johnson decision does not affect Probation's conclusion that the Armed Career Criminal Act applied to Starks' conviction. In these circumstances, the Court revises the sentencing schedule as follows.

1. Probation shall report to the parties by September 30, 2015, regarding Starks' institutional adjustment at BOP.

2. The Government shall file any sentencing memoranda or motions by October 7, 2015, with any response or motions by Defendant by October 14 and reply, if any, by the government by October 21, 2015.

Case 1:09-cr-10352-LTS   Document 447   Filed 09/17/15   Page 2 of 2

2

3. The sentencing hearing will be on Wednesday October 28, 2015, at 2:30 PM in Courtroom 13.

                        SO ORDERED.

                        /s/ Leo T. Sorokin
                        United States District Judge